IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

01 OCT 31  AM 10: 40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN JACKSON

| | |
|---|---|
| STEVEN RAY CHANCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES D. TODD,<br><br>　　　　Defendant. | No. 01-1299 |

### ORDER OF RECUSAL

Plaintiff, Steven Ray Chance, has filed a complaint under Bivens v. Six Unknown Federal Agents, 403 U.S. 388 (1971), against the undersigned judge. The judge hereby recuses himself and returns the file to Clerk of Court for reassignment.

IT IS SO ORDERED this __31st__ day of October, 2001.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES D. TODD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____ 11-01-01

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:01-CV-01299 was distributed by fax, mail, or direct printing on November 2, 2001 to the parties listed.

---

Steven Ray Chance
WTSP-HENNING
Site #2
110258
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT