FILED BY _ube_ D.C.

01 NOV 21 PM 4:45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
WD OF TN MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**STEVEN RAY CHANCE**                          **JUDGMENT IN A CIVIL CASE**

**VS**

**JAMES D. TODD**                              **CASE NO: 01-1299-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with** the Order of Dismissal entered on November 14, 2001, this cause is hereby dismissed.

APPROVED:

_/s/ Bernice Bouie Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_11-20-2001_
Date

ROBERT R. DI TROLIO
Clerk of Court

_/s/ Yolanda Savage_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __11/26/01__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:01-CV-01299 was distributed by fax, mail, or direct printing on November 26, 2001 to the parties listed.

---

Steven Ray Chance
WTSP-HENNING
Site #2
110258
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT